AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MATT ERICKSON,

        Plaintiff,

        v.

CITY OF LEAVENWORTH,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-11-007-RHW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED Defendant's Motion for Summary Judgment (Ct. Rec. 5) is GRANTED. Judgment in favor of Defendant and against Plaintiff. File closed.

May 4, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Cheryl Switzer
*(By) Deputy Clerk*
Cheryl Switzer